In the Matter of JOHN J. KEENAN et al., Respondents, v CHEMUNG COUNTY BOARD OF ELECTIONS, Respondent, and NANETTE M. MOSS, Appellant.

Submitted August 29, 2007; decided August 29, 2007

Reported below, 43 AD3d 623.

Motion for leave to file an affidavit amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.